JONATHAN RING & SON, INCORPORATED, Appellant, *v.* WINOLA WORSTED YARN COMPANY et al., Defendants, and the MANUFACTURERS NATIONAL BANK OF BROOKLYN, Respondent.

(Submiteed May 27, 1918; decided June 4, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1917, affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint as to it by the court on trial at Special Term.

The motion was made upon the ground that the action was to set aside certain transfers of property as in fraud of creditors; that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Adolph Feldblum* for motion.

*Sidney J. Loeb* and *Harold R. Lhowe* opposed.

Motion denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HIRAM COLE, Appellant.

*People* v. *Cole*, 173 App. Div. 956, appeal dismissed.

(Argued May 27, 1918; decided June 4, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 19, 1916, which affirmed a judgment of the Steuben County Court rendered upon a verdict convicting the defendant of the crime of rape in the first degree.

The motion was made upon the ground of failure to file the return.

*Edwin S. Brown* for motion.

No one opposed.

Motion granted and appeal dismissed.